No. 88–557. MICHIGAN v. LEIGH. Ct. App. Mich. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Arizona* v. *Youngblood,* 488 U. S. 51 (1988). JUSTICE STEVENS would deny certiorari.

No. 88–1121. BRADLEY ET AL. v. UNITED STATES. C. A. 3d Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of the position presently asserted by the Acting Solicitor General in the Brief for the United States filed March 8, 1989. THE CHIEF JUSTICE, JUSTICE WHITE, JUSTICE SCALIA, and JUSTICE KENNEDY would deny certiorari. ■

No. 88–1350. SMITH ET AL. v. SOWERS. C. A. 3d Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *DeShaney* v. *Winnebago County Dept. of Social Services,* 489 U. S. 189 (1989).

No. A–761. GARGALLO v. QUICK & REILLY CLEARING ET AL. D. C. S. D. Ohio. Application for stay, addressed to JUSTICE BLACKMUN and referred to the Court, denied.

No. 87–1965. ZINERMON ET AL. v. BURCH. C. A. 11th Cir. [Certiorari granted, 489 U. S. 1064.] Motion of petitioners to dispense with printing the joint appendix granted.

No. 88–309. WYOMING v. UNITED STATES ET AL. Sup. Ct. Wyo. [Certiorari granted, 488 U. S. 1040.] Motion of the Acting Solicitor General for divided argument granted.

No. 88–412. HOFFMAN, TRUSTEE v. CONNECTICUT DEPARTMENT OF INCOME MAINTENANCE ET AL. C. A. 2d Cir. [Certiorari granted, 488 U. S. 1003.] Motion of the Acting Solicitor General for divided argument granted.

No. 88–599. WASHINGTON ET AL. v. HARPER. Sup. Ct. Wash. [Certiorari granted, 489 U. S. 1064.] Motion for appointment of counsel granted, and it is ordered that Brian Reed Phillips, Esq., of Everett, Wash., be appointed to serve as counsel for respondent in this case.